ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Aerojet Rocketdyne, Inc. | ) ASBCA No. 63486 |
| | ) |
| Under Contract No. NNM06AB13C | ) |

APPEARANCES FOR THE APPELLANT:    Susan Warshaw Ebner, Esq.
Eric Whytsell, Esq.
Judith Araujo, Esq.
  Stinson LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Kara M. Klaas, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 26, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63486, Appeal of Aerojet Rocketdyne, Inc., rendered in conformance with the Board's Charter.

Dated: May 26, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals